**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Reginald E. Boggs & Alycia W. Boggs |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 1713477 |

## Official Form 410S1
# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 20

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2018

**New total payment:**
Principal, interest, and escrow, if any: $708.74

**Last 4 digits** of any number you use to identify the debtor's account: 4 6 3 6

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 284.81          New escrow payment: $ 362.35

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

Debtor 1  Reginald E. Boggs & Alycia W. Boggs
         First Name    Middle Name    Last Name

Case number (if known):

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Darshana H. Shah                    Date  08/16/2018
   Signature

Print: SHAH, DARSHANA H                   VP Loan Documentation
      First Name   Middle Name   Last Name    Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number          Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN      55121-7700
         City                    State   ZIP Code

Contact phone  800-274-7025        NoticeOfPaymentChangeInquiries@wellsfargo.com
                                   Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

Chapter 13 No. 1713477
Judge: Beth A. Buchanan

In re:

Reginald E. Boggs & Alycia W. Boggs

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before August 17, 2018 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

| | |
|---|---|
| Debtor: | By U.S. Postal Service First Class Mail Postage Prepaid |
| | Reginald E. Boggs & Alycia W. Boggs |
| | 7326 Parkdale Ave. |
| | Cincinnati OH 45237-3121 |
| | By U.S. Postal Service First Class Mail Postage Prepaid |
| | N/A |
| Debtor's Attorney: | By U.S. Postal Service First Class Mail Postage Prepaid |
| | Kathleen D Mezher |
| | 8075 Beechmont Avenue |
| | Cincinnati OH 45255 |
| | By U.S. Postal Service First Class Mail Postage Prepaid |
| | Kathleen D Mezher |
| | 8075 Beechmont Avenue |
| | Cincinnati OH 45255 |
| Trustee: | By U.S. Postal Service First Class Mail Postage Prepaid |
| | Margaret A Burks |
| | Chapter 13 Trustee |
| | 600 Vine Street |
| | Suite 2200 |
| | Cincinnati OH 45202 |

/s/Darshana H. Shah
VP Loan Documentation
Wells Fargo Bank, N.A.

**Wells Fargo Home Mortgage**

Return Mail Operations
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** August 15, 2018
**Loan number:**
**Property address:**
   4567  PADDOCK RD
   CINCINNATI OH 45229

### Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

 **To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

REGINALD E BOGGS
ALYCIA W BOGGS
7326 PARKDALE
CINCINNATI OH 45237

**PLEASE NOTE:** *If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court.

We reviewed the escrow account, here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Future payments:** Based on what we expect to pay, as of October 1, 2018, the escrow portion of the payment will **increase**.

> **The escrow account has a shortage of $545.45**

## Part 1 - Mortgage payment

### Option 1   Pay the shortage amount over 12 months

| | Current payment | New payment |
|---|---|---|
| **Principal and/or interest** | $346.39 | $346.39 |
| **Escrow payment** | $284.81 | $362.35 |
| **Total payment amount** | $631.20 | $708.74 |

**Option 1: No action required**

Starting **October 1, 2018** the new contractual payment amount will be **$708.74**

### Option 2   Pay the shortage amount of $545.45

| | Current payment | New payment |
|---|---|---|
| **Principal and/or interest** | $346.39 | $346.39 |
| **Escrow payment** | $284.81 | $316.90 |
| **Total payment amount** | $631.20 | $663.29 |

**Option 2: Pay shortage in full**

Starting **October 1, 2018** the new contractual payment amount will be **$663.29**

**Note:** If this is an adjustable rate mortgage (ARM), a separate notice will be sent before the payment is scheduled to change.

**See Page 2 for additional details.**

---



REGINALD E BOGGS
ALYCIA W BOGGS

Wells Fargo Home Mortgage
PO Box 10394
Des Moines, IA 50306-0394

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

The escrow account review indicates a shortage. You may voluntarily choose **Option 2** to pay the shortage in full now and the mortgage payment will be **$663.29.**

Please detach this coupon and mail it along with the check for $545.45 to the address that appears on this coupon.

708     7 10 02 00063120 00066329 00117665 00054545 8

## Part 2 - Payment calculations

You have a shortage of $545.45. For the past review period, the projected amount of your escrow items was $3,802.78. For the coming year, the projected amount to be paid from your escrow is $3,802.78.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the total amount by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods.

### Escrow comparison

|  | 09/16 - 08/17 (Actual) | 07/17 - 06/18 (Actual) | 10/17 - 08/18 (Actual) | 10/18 - 09/19 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $2,267.76 | $2,602.78 | $2,602.78 | $2,602.78 | ÷ | 12 | = | $216.90 |
| **Property insurance** | $1,150.00 | $1,200.00 | $1,200.00 | $1,200.00 | ÷ | 12 | = | $100.00 |
| **Total taxes and insurance** | $3,417.76 | $3,802.78 | $3,802.78 | $3,802.78 | ÷ | 12 | = | $316.90 |
| **Escrow shortage** | $0.00 | $252.94 | $0.00 | $545.45 | ÷ | 12 | = | $45.45[**] |
| **Total escrow** | $3,417.76 | $4,055.72 | $3,802.78 | $4,348.23 | ÷ | 12 | = | $362.35 |

[**]This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  June, 2019 |   | -$1,661.19 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment[‡] | + | $1,749.54 | |
| Minimum balance for the escrow account[†] | - | $633.80 | (Calculated as: $316.90 X 2 months) |
| **Escrow shortage** | = | -$545.45 | |

[‡]This adjustment of $1,749.54, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

[†]The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add up the total of the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

### Important messages

Loan Number:

## Part 3 - Escrow account projections

Escrow account projections from October, 2018 to September, 2019

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Sep 2018 | | | Starting balance | -$710.51 | $1,584.48 |
| Oct 2018 | $316.90 | $0.00 | | -$393.61 | $1,901.38 |
| Nov 2018 | $316.90 | $0.00 | | -$76.71 | $2,218.28 |
| Dec 2018 | $316.90 | $0.00 | | $240.19 | $2,535.18 |
| Jan 2019 | $316.90 | $1,306.67 | HAMILTON COUNTY (W) | -$749.58 | $1,545.41 |
| Feb 2019 | $316.90 | $0.00 | | -$432.68 | $1,862.31 |
| Mar 2019 | $316.90 | $0.00 | | -$115.78 | $2,179.21 |
| Apr 2019 | $316.90 | $1,200.00 | STATE FARM INS | -$998.88 | $1,296.11 |
| May 2019 | $316.90 | $0.00 | | -$681.98 | $1,613.01 |
| Jun 2019 | $316.90 | $1,296.11 | HAMILTON COUNTY (W) | **-$1,661.19** | **$633.80** |
| Jul 2019 | $316.90 | $0.00 | | -$1,344.29 | $950.70 |
| Aug 2019 | $316.90 | $0.00 | | -$1,027.39 | $1,267.60 |
| Sep 2019 | $316.90 | $0.00 | | -$710.49 | $1,584.50 |
| Totals | $3,802.80 | $3,802.78 | | | |

## Part 4 - Escrow account history

Escrow account activity from October, 2017 to September, 2018

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Oct 2017 | | | | | | | Starting Balance | -$2,711.59 | $1,424.09 | -$4,135.68 |
| Oct 2017 | $0.00 | $284.81 | -$284.81 | $0.00 | $0.00 | $0.00 | | -$2,711.59 | $1,708.90 | -$4,420.49 |
| Nov 2017 | $0.00 | $284.81 | -$284.81 | $0.00 | $0.00 | $0.00 | | -$2,711.59 | $1,993.71 | -$4,705.30 |
| Dec 2017 | $0.00 | $284.81 | -$284.81 | $0.00 | $0.00 | $0.00 | | -$2,711.59 | $2,278.52 | -$4,990.11 |
| Jan 2018 | $0.00 | $284.81 | -$284.81 | $1,306.67 | $1,139.16 | $167.51 | HAMILTON COUNTY (W) | -$4,018.26 | $1,424.17 | -$5,442.43 |
| Feb 2018 | $1,036.44 | $284.81 | $751.63 | $0.00 | $0.00 | $0.00 | | -$2,981.82 | $1,708.98 | -$4,690.80 |
| Mar 2018 | $259.11 | $284.81 | -$25.70 | $1,200.00 | $0.00 | $1,200.00 | STATE FARM INS | -$3,922.71 | $1,993.79 | -$5,916.50 |
| Apr 2018 | $259.11 | $284.81 | -$25.70 | $0.00 | $1,150.00 | -$1,150.00 | STATE FARM INS | -$3,663.60 | $1,128.60 | -$4,792.20 |
| May 2018 | $0.00 | $284.81 | -$284.81 | $1,296.11 | $0.00 | $1,296.11 | HAMILTON COUNTY (W) | -$4,959.71 | $1,413.41 | -$6,373.12 |
| Jun 2018 | $554.32 | $284.81 | $269.51 | $0.00 | $1,128.60 | -$1,128.60 | HAMILTON COUNTY (W) | -$4,405.39 | $569.62 | -$4,975.01 |
| Jul 2018 | $277.16 | $284.81 | -$7.65 | $0.00 | $0.00 | $0.00 | | -$4,128.23 | $854.43 | -$4,982.66 |
| Aug 2018 (estimate) | $3,132.91 | $284.81 | $2,848.10 | $0.00 | $0.00 | $0.00 | | -$995.32 | $1,139.24 | -$2,134.56 |
| Sep 2018 (estimate) | $284.81 | $284.81 | $0.00 | $0.00 | $0.00 | $0.00 | | -$710.51 | $1,424.05 | -$2,134.56 |
| Totals | $5,803.86 | $3,417.72 | $2,386.14 | $3,802.78 | $3,417.76 | $385.02 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  4/18

